**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2193**

_____

In re:  DALTON ALONZO DIXON,

      Petitioner.

_____

On Petition for Writ of Mandamus.  (5:21-ct-03291-D)

_____

Submitted:  February 16, 2023                    Decided:  February 21, 2023

_____

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Dalton Alonzo Dixon, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dalton Alonzo Dixon petitions for a writ of mandamus seeking an order compelling this court, as well as various state officials, to address and respond to Dalton's previously filed self-styled "Notice of Renunciation" of his statutory United States citizenship. In his supplemental petition, Dixon also seeks an order directing that the Commonwealth of Virginia be removed as a defendant and asserts that the State of North Carolina is responsible for subjecting Dixon to a foreign jurisdiction.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Upon review of the subject petition and supplement, we conclude that the relief sought by Dixon is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We also deny Dixon's motion to intervene. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2